## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF THE SEARCH OF
AN LG MODEL LGMP450 MOBILE DEVICE,
SERIAL NUMBER: 706CYMR229907,
IMEI: 357017-08-229907-7

Case No. _17 - 3 1 2 6 JMC_____

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR A SEARCH WARRANT

I, John M. Krajnak, an agent with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     This affidavit is being submitted in support of an application for a search and seizure warrant authorizing the search and seizure of an LG Model LGMP450 smartphone, serial number 706CYMR229907, IMEI: 357017-08-229907-7, hereinafter the "Device." The item to be searched is believed to contain and conceal items that constitute evidence of a violation of 18 U.S.C. § 2119 (carjacking).

2.     The applied for warrant would authorize the forensic examination of the Device for the purpose of identifying electronically stored data particularly described in Attachment B and using the protocols described in Attachment B by members of the FBI, or their authorized representatives, including by not limited to other law enforcement agents assisting in the investigation described above.

3.     I am a Special Agent with the Federal Bureau of Investigation, and have been since November 13, 2005. As such, I am an officer of the United State who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code.



17 - 3 1 2 6 JMC

4.      During my employment as an FBI Special Agent, I have been assigned to investigate violations of federal law including violent crime, organized crime, counterterrorism, and counterintelligence. I have received training and gained experience in interviewing and interrogations techniques, arrest procedures, search warrant applications, the execution of searches and seizures, communications platforms, computer networks, and various other criminal investigative procedures. I am currently assigned to the Baltimore Violent Crimes Task Force in Baltimore, Maryland.

5.      Because this affidavit is being submitted for the limited purpose of establishing probable cause for a search warrant, I have not included every detail of the every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, police officers, witnesses, cooperating sources, telephone records, and reports. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6.      Based on my knowledge, training, and experience, I know that individuals involved with robbery and carjacking frequently use cellular telephones, communications devices, and other electronic media storage to further their illegal activities. Based upon your affiant's knowledge, training, and experience, and participation in this and other robbery investigations, I know the following:

    a.    The fruits and instrumentalities of criminal activity are often concealed in digital form. Furthermore, digital camera technology is often used to capture images of

2

17 - 3 1 2 6 JMC

tools and instrumentalities of pending criminal activity. Cell phones have both digital storage capacity and digital camera capabilities.

b.  Individuals involved in robbery and carjacking often use digital storage devices to maintain telephone number "contact lists" of individuals who may have assisted in the planning of this and other criminal activity and sometimes take photographs of themselves and/or co-conspirators.

c.  Individuals who possess or own handguns or other weapons frequently photograph themselves holding the handguns or other weapons.

d.  Photographs on a suspect's digital device sometimes show the suspects handling proceeds or other property taken during robberies.

e.  Individuals who engage in robbery and carjacking often use cellular telephones to communicate with co-conspirators via phone calls and text messages.

f.  Cell phones often record the phone's historical location data.

**PROBABLE CAUSE**

7.      On July 23, 2017, at approximately 12:10 a.m., members of the Baltimore Police Department (BPD) responded to a call for an armed robbery at 3773 Ravenwood Avenue, Baltimore, Maryland. The victim of the robbery told officers that a subject pointed a silver semiautomatic handgun at her and robbed her of United States currency and her cell phone. The subject was described as a black male, approximately 5'9" tall, medium build, long dreadlocks, and wearing a white t-shirt and light blue jeans.

8.      On July 30, 2017, at approximately 1:32 a.m., members of the BPD responded to a call for an armed robbery at 3825 Shannon Drive, Baltimore, Maryland. The victim of the robbery told officers that while she was retrieving her purse from the passenger side of her

3

17 - 3 1 2 6 JMC

vehicle, a subject opened the driver's side door, pointed a black handgun at her, and demanded her purse. The victim complied and gave the subject her purse that contained numerous bank cards and her MD driver's license. After getting the purse, the subject fled the scene. The subject was described as a black male with dreadlocks.

9.     On August 28, 2017, at approximately 12:01 p.m., members of the BPD responded to a call for an armed home invasion robbery at 4422 Parkside Drive, Baltimore, Maryland. The victims of the robbery told officers that a subject entered through an unlocked exterior door in the residence, pointed a black handgun at the victims, and demanded money. One of the victim provided the subject with United States Currency and the subject departed the residence. The subject was described as a black male, approximately in his late-20s, shoulder length dreadlocks, wearing a T-shirt, gray sweatpants, and a pink backpack.

10.     On September 26, 2017, at approximately 11:50 a.m., members of the BPD responded to a call for an armed home invasion robbery at 3503 Richmond Avenue, Baltimore, Maryland. The victim of the robbery told officers that a subject entered the front door of the residence, displayed a black handgun, and demanded money. The victim told the subject that she did not have any money and offered her car keys and other items. The subject took a jar of change and ordered the victim into the basement. When the victim exited the basement, the subject was gone, as were the subject's car keys, and the victim observed her vehicle being driven away. The subject was described as a black male with big eyes, medium complexion, thin build, 19 to 20 years-old, and approximately 5'8" tall.

11.     On September 26, 2017, at approximately 11:58 a.m., members of the BPD responded to a call for an armed robbery in the vicinity of 3500 Parkside Drive, Baltimore, Maryland. The victim of the robbery told officers that while he was parked, a subject approached

4

and opened the victim's driver's side door, pointed a black handgun at the victim, and ordered the victim to hand over all items on his person. The victim provided the subject with United States currency from his wallet. The subject took the money, entered a vehicle, and fled the area. The subject's vehicle matched the description of the vehicle taken in the 3503 Richmond robbery previously described. The subject was described as a black male with a black handgun.

12.     On September 26, 2017, at approximately 12:11 p.m., members of the BPD responded to a call for an attempted armed home invasion robbery at 3214 Tyndale Avenue, Baltimore, Maryland. The victim of the robbery told officers that a subject entered her unlocked front door, pointed a black semiautomatic handgun at her, and demanded cash. The victim told the subject she only had cards. The subject then directed the victim through the house at gunpoint looking for cash. The subject could not find any cash and fled the scene. The subject was described as a black male with long thin dreadlocks, approximately 160 lbs., approximately 5'8", white T-shirt, long khaki shorts, and tan hat.

13.     On September 26, 2017, at approximately 1:53 p.m., members of the BPD responded to a call for an armed robbery in the vicinity of 3411 Parkside Drive, Baltimore, Maryland. The victim of the robbery told officers that while sitting in her car in her driveway a subject blocked her vehicle with his, approached and pointed a gun at her face, and demanded money. While the victim reached for her purse, the subject took the purse from her. The subject then returned to the vehicle and fled the scene. The subject's vehicle matched the description of the vehicle taken in the 3503 Richmond robbery previously described. The subject was described as a black male with dreadlocks, medium complexion, approximately 5'7", thin build, and big eyes.

14.     On September 29, 2017, at approximately 7:50 a.m., members of the BPD

17 - 3 1 2 6 JMC

responded to a call for an armed robbery in the vicinity of 5712 Eastbury Avenue, Baltimore, Maryland. The victim of the robbery told officers that while sitting in her parked vehicle, a subject approached her driver's side window, displayed a black handgun, and demanded money from the victim. The victim told the subject multiple times that she had no money and opened her purse to show the subject. After the display of the empty purse, the subject departed the area. The subject was described as a black male with black hair in dreadlocks, medium complexion, approximately 5'10", wearing a gray hoodie and gray sweatpants.

15.     On October 4, 2017, at approximately 2:00 a.m., members of the BPD responded to a call for an armed robbery and carjacking at 5725 Denwood Avenue, Baltimore, Maryland. The victim of the robbery told officers that while smoking in his backyard, he was approached by a subject with a handgun. The subject ordered the victim to hand over anything of value. The victim told the subject he did not have anything on him and the subject ordered the victim inside the residence. The subject ordered the victim to lie on his stomach near the front door. The victim could hear the subject going through the victim's property and then leave the residence. The victim heard his vehicle's keyless entry being activated. He looked out the window and observed his vehicle being driven away from the residence. The subject was described as a black male, approximately 25 to 30 years-old, approximately 5'7", short black dreadlocks, goatee, medium build, and wearing dark clothing to include a dark hoodie.

16.     On October 8, 2017, at approximately 5:14 a.m., members of the BPD responded to a call for an armed robbery at 114 East 24th Street, Baltimore, Maryland. The victim of the robbery told officers that upon entering his vehicle to leave the area, a subject driving a vehicle pulled in front of the victim. The subject exited his vehicle, approached the victim's vehicle, pointed a dark colored automatic handgun at the victim's companion's head and demanded

6

17 - 3 1 2 6 JMC

money. The subject took the victim's companion's purse, got back into his vehicle, and fled the area. The subject was described as a black male in his 20s, approximately 5'9" to 5'10", approximately 170 lbs., dreadlocks, mustache, dark jacket, and tan pants. The vehicle description and tag number matched that of the vehicle taken in the October 4, 2017 robbery at 5725 Denwood Avenue, Baltimore, Maryland.

17.     On October 8, 2017, at approximately 6:15 a.m., members of the BPD took a report of an attempted armed robbery from a victim who came to the BPD Northern District. The victim of the robbery attempt told officers that while sitting in his vehicle on the 3900 block of Southern Avenue, Baltimore, Maryland, an unknown vehicle pulled up near his vehicle. A subject exited the vehicle with a black automatic handgun, approached the victim in his vehicle, opened the victim's driver's side door, pointed the gun at the victim's head, and demanded money. The victim immediately drove away from the subject and went to the police district. The subject was described as a black male, approximately 24 to 30 years-old, approximately 5'9", regular build, dreadlocks, light complexion, dark hat, and dark clothing. The subject's vehicle description was consistent with the vehicle taken in the October 4, 2017 robbery at 5725 Denwood Avenue, Baltimore, Maryland.

18.     On October 8, 2017, at approximately 6:25 a.m., members of the BPD responded to a call for an armed robbery at the 3400 block of Parklawn Avenue, Baltimore, Maryland. The victim of the robbery told officers that while sitting in his vehicle in front of his house, he observed a vehicle moving toward his own. The other vehicle stopped and a subject exited the vehicle, walked up to the victim's vehicle, pointed a black automatic handgun at the victim, and demanded money. The victim gave the subject United States currency he had in his wallet. The subject took the money, returned to his vehicle, and fled the scene. The subject was described as

7

17 - 3 1 2 6 JMC

a black male, dreadlocks, and dark clothing. The subject's vehicle description was consistent with the vehicle taken in the October 4, 2017 robbery at 5725 Denwood Avenue, Baltimore, Maryland.

19.     On October 8, 2017 at approximately 6:45 a.m., members of the BPD took a report of an armed robbery that occurred on the 3700 block of Ravenwood Avenue, Baltimore, Maryland. The victim of the robbery told officers that while entering the driver's side door of her parked vehicle, another vehicle double-parked behind her and a subject exited the vehicle, approached the victim, pointed a black automatic handgun at the victim, and demanded money. The victim told the subject that she did not have any money on her, but handed over small denomination United States currency that she had tucked in the vehicle's sun visor. The subject then pointed the gun at one of the victim's companions. At this point, one of the victim's other companions ran away down the street. Upon observing this, the subject retreated to his vehicle and departed the scene. The subject was described as a black male, medium complexion, medium build, approximately 5'8", dreadlocks, black hoodie, and black sweatpants. The subject's vehicle description was consistent with the vehicle taken in the October 4, 2017 robbery at 5725 Denwood Avenue, Baltimore, Maryland.

20.     On October 10, 2017 at approximately 1:57 a.m., members of the BPD responded to a call for an armed robbery at 5206 Hillburn Avenue, Baltimore, Maryland. The victim of the robbery told officers that while walking from her vehicle toward the front door of her residence, another vehicle pulled up. A subject exited the vehicle, ran up to the victim, pointed a black semiautomatic handgun at her, and demanded money. The subject grabbed the victim's purse and fled the area. The subject was described as a black male, in his 20s, approximately 5'10", approximately 170 lbs., shoulder length dreadlocks, mustache and goatee, and medium

8

17 - 3 1 2 6 JMC

complexion. The subject's vehicle description was consistent with the vehicle taken in the October 4, 2017 robbery at 5725 Denwood Avenue, Baltimore, Maryland.

21.     On October 21, 2017, at approximately 8:45 p.m., members of the BPD responded to a call for an attempted armed carjacking in the 3400 block of Norman Avenue, Baltimore, Maryland. The victims of the robbery told officers that while sitting in a vehicle, a subject approached the passenger door of the victims' vehicle. The subject knocked on the window, displayed a thin black handgun, and opened the door. The subject demanded money and ordered the victims out of the vehicle. Neither victim had any money. The subject then demanded the keys to the victims' vehicle. The subject attempted to leave in the vehicle but was unable to operate the manual transmission. The subject then exited the victims' vehicle and departed the area. The subject was described as a black male, approximately 5'10", approximately 190 lbs., dark complexion, shoulder length dreadlocks, dark hoodie, and jeans.

22.     On October 21, 2017, at approximately 9:04 p.m., members of the BPD responded to a call for an armed carjacking in the 3300 block of Whitman Drive, Baltimore, Maryland. The victim of the robbery told officers that while walking to his vehicle, a subject approached him and pointed a black semiautomatic handgun at him. The subject demanded money and the victim responded that he did not have any money. The subject then approached the victim's companion, who was sitting in a vehicle parked in front of the victim's vehicle. The subject pointed the black handgun at the victim's companion and demanded money. The victim's companion stated that she did not have any money and asked the subject to please not shoot, as her child was sitting on her lap at the time. The subject then turned to the victim and demanded his car keys. The victim complied and the subject took the victim's vehicle. The subject was described as a black male, approximately 5'7" to 5'8", slim build, mid-20s, shoulder length

17 - 3 1 2 6 JMC

dreadlocks, and wearing a gray hoodie. The carjacked vehicle was described as a dark-colored 2013 Jeep Grand Cherokee, Maryland license plates 1CJ9891.

23.     On October 21, 2017, at approximately 9:20 p.m., members of the BPD responded to a call for an armed robbery in the 3800 block of Elkader Road, Baltimore, Maryland. The victim of the robbery told officers that while exiting her vehicle, she observed a subject exit a vehicle and approach her. The subject displayed a black semiautomatic handgun and demanded money. The subject opened the victim's driver's side door and took the victim's purse. The subject then returned to his vehicle and departed the scene. The subject was described as a black male, late 20s, approximately 5'8", shoulder length dreadlocks, wearing a dark jacket over a light colored shirt and blue jeans. The subject's vehicle description was consistent with the vehicle taken in the October 21, 2017 carjacking in the 3300 block of Whitman Drive, Baltimore, Maryland.

24.     On October 21, 2017, at approximately 9:45 p.m., members of the BPD responded to call for an armed robbery at 310 Ridgemede Road, Baltimore, Maryland. The victim of the robbery told officers that after parking and exiting her vehicle, another vehicle pulled up and a subject exited. The subject demanded money and pointed a black semiautomatic handgun at the victim's face. The subject took the victim's purse from her, removed her wallet, and threw the purse and remaining contents on the ground. The subject then returned to his vehicle and fled the scene. The subject was described as a black male, in his 20s, corn rolls down to his collar area, and wearing a black baseball cap. The subject's vehicle description was consistent with the vehicle taken in the October 21, 2017 carjacking in the 3300 block of Whitman Drive, Baltimore, Maryland.

25.     On October 21, 2017, at approximately 10:15 p.m., members of the BPD

17 - 3 1 2 6 JMC

responded to a call for an armed home invasion robbery and carjacking at 2932 Saint Paul Street, Baltimore, Maryland. The victim of the robbery told officers that while inside his home, a subject entered through an unlocked rear kitchen door. The subject encountered the residents, displayed a silver or gray semiautomatic handgun, and demanded money. The victim gave the subject United States currency. The subject then demanded the victim's vehicle. The victim gave his car keys to the subject and walked the subject to the garage entrance where the vehicle was parked. The subject fled the scene in the victim's vehicle. The subject was described as a black male, approximately 25 years-old, approximately 5'9", shoulder length dreadlocks, and wearing a gray hoodie. The carjacked vehicle was described as a burgundy 2016 Buick Regal sedan bearing Maryland license plates 51508CG.

26.     The robberies detailed all took place in the City of Baltimore, specifically within the boundaries of the BPD Northeastern District and the BPD Northern District. The subject is consistently described as having dreadlock-style hair and the subject's weapon is frequently described as a dark or black semiautomatic or automatic handgun. The subject's height is consistently described between 5'7" and 5'10."

27.     The vehicle taken in the September 26, 2017 robbery at 3503 Richmond Avenue, Baltimore, Maryland was recovered in the vicinity of 5515 Bowleys Lane, Baltimore, Maryland. The vehicle taken in the October 4, 2017 robbery at 5725 Denwood Avenue was recovered in the 3500 block of Dudley Avenue, Baltimore, Maryland. The vehicle taken in the October 21, 2017 robbery at 2932 Saint Paul Street, Baltimore, Maryland was recovered in the 3600 block of Dudley Avenue, Baltimore, Maryland. The aforementioned vehicles were abandoned within a mile of each other. Two of the vehicles were abandoned within two city blocks of each other. The vehicle taken in the October 21, 2017 carjacking robbery in the 3300 block of Whitman

11

17 - 3 1 2 6 JMC

Drive, Baltimore, Maryland was recovered in the vicinity of 225 Stoneyford Lane, Baltimore, Maryland. That location is approximately 1.1 mile from the next robbery on October 21, 2017 at 2932 Saint Paul Street, Baltimore, Maryland and the abandoned vehicle contained victim property taken in the October 21, 2017 robbery at 310 Ridgemede Road, Baltimore, Maryland and victim property taken in the October 21, 2017 robbery in the 3800 block of Elkader Road, Baltimore, Maryland.

28.     The BPD crime lab processed evidence related to the offenses detailed above. A partial latent print was recovered from the exterior of the victim's vehicle in the July 30, 2017 robbery at 3825 Shannon Drive, Baltimore, Maryland. The location of the print was consistent with the subject's physical position during the robbery. The print was identified as an impression of the left middle finger of Rashaad Thomas, DOB: July 9, 1989, Maryland SID: 2919173.

29.     The victim of the July 30, 2017, 3825 Shannon Drive, Baltimore, Maryland robbery was shown a photographic array that contained a photograph of Rashaad Thomas and photographs of five (5) individuals with similar characteristics and features. The victim identified the photo belonging to Rashaad Thomas as the individual who robbed her at gunpoint.

30.     The BPD obtained an arrest warrant for Rashaad Thomas for the robbery committed on July 30, 2017 at 3825 Shannon Drive, Baltimore, Maryland. Upon his apprehension, recovered from Thomas was a cellular telephone with phone number 443-882-0802, the subject electronic Device.

31.     The facts set forth show that there is probable cause to believe that the subject of the carjacking robberies in violation of 18 U.S.C. § 2119 detailed above is the same subject who perpetrated the street and home invasion armed robberies also described.   Based on my knowledge, training, and experience, I believe that evidence of this crime; specifically violations

17 - 3 1 2 6 JMC

of Title 18 U.S.C. § 2119, may be contained within the Device. Since the recovery of the Device, it has been in the possession of the Baltimore Violent Crimes Task Force. The data contained in the Device has not been accessed or manipulated in any way.

## REQUEST FOR A SEARCH WARRANT

32.     WHEREFORE, I respectfully request that the Court issue a warrant authorizing members of the FBI, or their authorized representatives, including but not limited to other law enforcement agents assisting in the above described investigation, to search the Device, as described in Attachment A, for the purpose of identifying electronically stored data particularly described in Attachment B and using the protocols described in Attachment B.

John M. Krajnak
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on this ⟨17⟩ of November 2017.

J. MARK COULSON
UNITED STATES MAGISTRATE JUDGE

FILED_____ ENTERED
_____ LOGGED_____ RECEIVED

DEC 01 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

13

**ATTACHMENT A**                    17 - 3 1 2 6 JMC

### Description of the Items to be Searched

An LG Model LGMP450 smartphone, serial number 706CYMR229907, IMEI: 357017-08-229907-7

The device will be charged and powered on. The device is in custody of the Federal Bureau of Investigation.   The device and all readable and searchable contents will be downloaded to a "CelleBrite" or "XRY" or similar device. The contents downloaded on the "CelleBrite" or "XRY" or similar device will then be copied to a readable computer disc and reviewed by your affiant. A search warrant return will be provided to the Court thereafter.

**ATTACHMENT B**                     17 - 3 1 2 6 JMC

### Search Protocols

This warrant authorizes the search and seizure of the following electronically stored information, contained within the item described in Attachment A:

All information that constitutes fruits, evidence, and instrumentalities of violations of 18 U.S.C. 2119 (Carjacking) that may have been committed, including:

1.     All records, information and communications relating to communication or contact between Rashaad Thomas and individuals involved in the commission of the crimes under investigation;

2.     All records, information and communications regarding the carrying out of the crimes under investigation;

3.     Evidence indicating how and when the device was accessed or used, to determine the chronological and geographic context of device access, use, and events relating to the crimes under investigation and to the device owner or users;

4.     Evidence indicating the device owner or user's state of mind as it relates to the crimes under investigation;

5.     The identity of the person(s) who owned or used the device, including records that help reveal the whereabouts of such person(s);

6.     With respect to the search of the item described in paragraph 1 above which is stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer with the aid of computer-related equipment (including any cellular device or personal data assistant), the search procedure may include the following techniques (the following is a non-exclusive list, and the

17 - 3 1 2 6 JMC

government may use other procedures that, like those listed below, minimize the review of information not within the list of items to be seized as set forth herein, while permitting government examination of all the data necessary to determine whether that data falls within the items to be seized):

a.      surveying various file "directories" and the individual files they contain (analogous to looking at the outside of a file cabinet for markings it contains and opening a drawer believed to contain pertinent files);

b.      "opening" or cursorily reading the first few "pages" of such files in order to determine their precise contents;

c.      "scanning" storage areas to discover and possible recover recently deleted files;

d.      "scanning" storage areas for deliberately hidden files; or

e.      performing key word searches or other search and retrieval searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are intimately related to the subject matter of the investigation

f.      If after performing these procedures, the directories, files or storage areas do not reveal evidence that is seizable under this warrant, the further search of that particular directory, file or storage area, shall cease.